**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 23-52960 |
| | : | |
| Performance Results Plus, Inc., | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Preston |

**APPLICATION FOR EMPLOYMENT AND RETENTION**
**OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., L.P.A.,**
**AS BANKRUPTCY COUNSEL TO THE DEBTOR**

Now comes Performance Results, Plus, Inc. ("Applicant"), and hereby requests, pursuant to 11 U.S.C. §327(a), Fed. R. Bankr. P 2014, and LBR 2014-1, that the Court authorize the employment of John W. Kennedy and Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., as bankruptcy counsel to the Debtor. In support of its Application, Applicant respectfully represents the following:

__X__ Applicant is the Debtor in the captioned case.

__X__ Applicant wishes to employ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., to represent it in this case.

__X__ Myron N. Terlecky, John W. Kennedy and Loni R. Sammons are members or associates of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A. Each is an attorney duly admitted to practice in this Court and is in good standing.

__X__ Applicant has selected Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., for the reason that it has had significant experience in bankruptcy and reorganization matters and is well-qualified to represent the estate.

__X__ The professional services to be rendered by Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., shall include, but are not limited to, the following: (a) to advise the Debtor with respect

to its rights, powers and duties in this case; (b) to advise and assist the Debtor in the preparation of its petition, schedules, and statement of financial affairs; (c) to assist and advise the Debtor in connection with the administration of this case; (d) to analyze the claims of the creditors in this case, and negotiate with such creditors; (e) to investigate the acts, conduct, assets, rights, liabilities and financial condition of the Debtor and the Debtor's business; (f) to advise and negotiate with respect to the sale of any or all assets of the Debtor; (g) to investigate, file and prosecute litigation of behalf of the Debtor; (h) to propose a plan of reorganization; (i) to appear and represent the Debtor at hearings, conferences, and other proceedings; (j) to prepare and/or review motions, applications, orders, and other filings filed with the Court; (k) to institute or continue any appropriate proceedings to recover assets of the estate; and (l) to perform any and all such other legal services as may be required that are in the best interest of the estate or its creditors.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., does not hold or represent any interest adverse to the estate as required by 11 U.S.C. §327(a), except as set forth in the Affidavit of Counsel attached hereto as Exhibit A.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., is a disinterested person as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14).

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., proposes to perform legal services in connection with its employment on an hourly basis, at its usual and customary hourly rates, plus reimbursement of reasonable and necessary expenses. Attorneys' current hourly rates are $395/hour for Myron N. Terlecky, $335/hour for John W. Kennedy, $175/hour for Loni R. Sammons and $125/hour for law clerks.  These hourly rates are subject to periodic adjustments. Notice of any such adjustments shall be filed with the Court within 30 days of the effective date of the adjustment.

__X__ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., has been paid $12,553.00 in fees and/or expenses from the Debtor from a period of one year prior to the filing of the Debtor's petition through the date of this Application. The fees were paid on August 25, 2023. The source of the fees was the retainer paid on behalf of the Debtor by Michael Adkins, a 9% shareholder, sole director and the President of the Debtor.  Mr. Adkins has been advised that Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., will only provide representation to the Debtor and not to Mr. Adkins.  Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., has never represented Mr. Adkins

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., will submit interim and final applications for compensation and reimbursement of expenses in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and such other and further orders as the Court may enter.

_____ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., has received no funds from the Debtor or the Debtor's estate from a period of one year prior to the filing of the Debtor's petition through the date of this Application.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., received a retainer on behalf of the Debtor in the amount of $30,000.00 from Michael Adkins, a 9% shareholder, sole director and the President of the Debtor. within one year prior to the filing of the petition through the date of this Application. The retainer was paid on August 11, 2023.  Funds from the retainer were used to pay the Court filing fee in the amount of $1,738.00 and fees incurred through August 24, 2023, before the date of filing in the amount of $12,553.00.  The balance of the retainer is being held in the Firm's Trust Account pending further order of the Court permitting the application of funds from the retainer to payment of fees and reimbursement of expenses.

\_\_\_\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., has received or sought no retainer from the Debtor within one year prior to the filing of the petition through the date of this Application.

\_\_X\_\_\_ To the best of Applicant's knowledge, Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., has no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth on the Attached Exhibit A.

\_\_X\_\_ The proposed employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., is not prohibited by or improper under Fed. R. Bank. P. 5002.

WHEREFORE, Applicant moves for an Order of this Court authorizing the retention and employment, as of the date of this Application, of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., as attorneys for the estate, to be compensated as set forth above.

Respectfully submitted,

Performance Results Plus, Inc.

Dated: August 28, 2023         /s/ Michael L. Adkins
                               Michael L. Adkins
                               Its: President


  /s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.
575 South Third Street
Columbus, Ohio 43215-5759
T: (614) 228-6345 F: (614) 228-6369
Email: mnt@columbuslawyer.net
       jwk@columbuslawyer.net
Proposed Attorneys for Debtor and Debtor-in-Possession

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 23-52960 |
| | : | |
| Performance Results Plus, Inc., | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Preston |

**AFFIDAVIT OF COUNSEL**

| | |
|---|---|
| STATE OF OHIO | } |
| | } ss: |
| COUNTY OF FRANKLIN | } |

I, John W. Kennedy, being duly sworn, hereby declare under penalty of perjury the following:

I am an attorney at the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., and I am duly authorized to make this Affidavit on behalf of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

My mailing address, telephone number, email address and state bar number are:

John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.
575 South Third Street
Columbus, Ohio 43215-5759
T:  (614) 228-6345 F: (614) 228-6369
Email: jwk@columbuslawyer.net

I am an Attorney licensed and in good standing to practice in the State of Ohio and am duly admitted to practice in the United States District Court, Southern District of Ohio.

The representations set forth in the Application for Retention and Employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., as Bankruptcy Counsel for the Debtor are true and correct.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., have any past or present relationship to the Debtor, the United States Trustee, any creditor, or equity security holder of the Debtor(s).  Further, neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., have any connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that Myron N. Terlecky is a member of the private panel of Chapter 7 Trustees maintained by the United States Trustee.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., hold or represent an interest adverse to the estate.

I and Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., are disinterested persons as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14), except <u>None</u>.

My proposed employment and the employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., are not prohibited by or improper under Fed. R. Bankr. P. 5002.

I have not received any compensation herein within one year prior to the filing of the Debtor's petition through the date of the Application, except Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., was paid the sum of $12,553 on August 25, 2023, for services rendered through August 24, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John W. Kennedy
John W. Kennedy

- 7 -

    Sworn to and subscribed before me by the said John W. Kennedy on this 28th day of August, 2023.  *This is a jurat certificate; an oath or affirmation was administered to the signer with regard to this notarial act.*

                                         /s/ Mary L. Villarreal
                                         Notary Public
                                         My commission expires: 1-26-2026

## **NOTICE OF APPLICATION FOR THE EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., L.P.A., AS BANKRUPTCY COUNSEL TO THE DEBTOR AND CERTIFICATE OF SERVICE**

The Debtor and Debtor in Possession has filed an application seeking to employ the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., as attorneys for the Debtor and Debtor-in-Possession.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The Court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

| | |
|---|---|
| United States Trustee<br>170 North High Street, Suite 200<br>Columbus, Ohio 43215 | John W. Kennedy, Esq.<br>Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.<br>575 South Third Street<br>Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the *APPLICATION FOR EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., L.P.A., AS BANKRUPTCY COUNSEL TO THE DEBTOR* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by First Class U.S. Mail on September 7, 2023, addressed to the Debtor, the Office of the United States Trustee, the Subchapter V Trustee, the twenty largest unsecured creditors, all secured creditors and those other parties set forth on the attached mailing matrix.

      /s/ John W. Kennedy
      John W. Kennedy (0042672)

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>115 W TOWNE RIDGE PKWY<br>SANDY UT  84070 | AQUACALC LLC<br>5716 FULSOM BLVD #40<br>SACRAMENTO CA  95819 | CARLILE PATCHEN & MURPHY<br>ATTN BRENT ROSENTHAL<br>950 GOODALE BLVD #200<br>COLUMBUS OH  43212 |
| CHEROKEE PORCELAIN<br>2717 INDEPENDENCE LN<br>KNOXVILLE TN  37914 | CLEAR ENERGY HYDRO<br>C/O CHRISTOPHER W RUST<br>575 BROADWAY 2ND FLOOR<br>ALBANY NY  12207 | DOL-OSHA<br>C/O JEFFREY BOBO<br>200 N HIGH ST ROOM 620<br>COLUMBUS OH  43215 |
| HUNTINGTON NATIONAL BANK<br>7 EASTON OVAL-EA4W67<br>COLUMBUS OH  43219 | HURWITZ AND FINE LLC<br>424 MAIN ST #1300<br>BUFFALO NY  14202 | JORDAN RIVER HYDRO<br>1335 WILEY OAKLEY DR<br>GATLINBURG TN  37738 |
| KEY BANK<br>520 POLARIS PKWY<br>WESTERVILLE OH  43082 | MCMCASTER-CARR<br>600 NORTH COUNTY LINE RD<br>ELMHURST IL  60126 | RICKLY HYDROLOGICAL CO INC<br>C/O MICHAEL RICKLY<br>3410 FOXCROFT DR<br>LEWIS CENTER OH  43035 |
| ROCHESTER CABLE<br>751 OLD BRANDY RD<br>CULPEPPER, VA 22701 | UNITED HEALTHCARE INC<br>9900 BREN RD E<br>HOPKINS MN  55343 | UNITED STATES GEOLOGICAL<br>SURVEY<br>12201 SUNRISE VALLEY DR<br>RESTON VA  20192 |
| VELOCITY GROUP<br>534 N FIRST ST<br>CAMBRIDGE OH  43725 | MATTHEW T SCHAEFFER<br>BAILEY CAVALIERI LLLC<br>10 W BROAD ST #2100<br>COLUMBUS OH  43215 | JAMES A COUTINHO<br>ALLEN STOVALL NEUMAN &<br>ASHTON LLP<br>10 W BROAD ST #2400<br>COLUMBUS OH  43215 |
| DENNIS J MORRISON<br>PARK STREET LAW GROUP LLC<br>612 PARK ST #300<br>COLUMBUS OH  43215 | PAMELA ARNDT<br>DOJ-UST<br>170 N HIGH ST #200<br>COLUMBUS OH  43215 | PERFORMANCE RESULTS PLUS INC<br>ATTN MIKE ADKINS<br>1700 JOYCE AVE<br>COLUMBUS OH  43219 |